UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN A. CLYMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:15-cv-0507-RLY-DML |
| ) | |
| UNITED PET GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

**COME NOW** the parties by their respective counsel and having stipulated and agreed that the above-captioned action is voluntarily dismissed, with prejudice against the defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the court being duly advised

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that the above action be dismissed with prejudice.

 8/31/2015
Date

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Rochelle E. Borinstein
Laurel R. K. Gilchrist
Attorneys for Plaintiff
Gilchrist & Borinstein, LLP
2002 East 62nd Street
Indianapolis, Indiana 46220
rborinstein@gilchristandborisntein.com
lgilchrist@gilchristandborinstein.com

Tina Syring-Petrocchi
Holt Hedrick
Attorneys for Defendant
Barnes & Thornburg, LLP
225 South 6th Street, Suite 2800
Minneapolis, Minnesota 55402
tina.syring@btlaw.com
holt.hedrick@btlaw.com